# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

FRANK COOPER,

    Plaintiff,

CASE NUMBER: 1:17-1138-JDB-cgc

v.

JASON WOODALL, ET AL.,

    Defendants.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 7/10/2019, the complaint is DISMISSED without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Court CERTIFIES, pursuant to Federal Rule of Appellate Procedure 24(a), That an appeal would not be taken in good faith; leave to appeal *in forma pauperis* is DENIED.

**APPROVED:**

                                                             <u>s/J. Daniel Breen</u>
                                                             **United States District Judge**

**THOMAS M. GOULD**
**CLERK**
**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**